IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| PEDRO LUGO, *Individually and on Behalf of a Class of Similarly Situated Individuals,* | ) | CASE NO.: 1:24-CV-00700 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA TOLLIVER GILES |
| | ) | |
| v. | ) | |
| | ) | |
| INOVA HEALTH CARE SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Inova Health Care Services ("Inova") hereby moves to dismiss Plaintiff's Class Action Complaint (the "Complaint") for failure to state a claim upon which relief can be granted. The grounds for this Motion are more fully set forth in Defendant's Memorandum in Support.

Respectfully submitted.

/s/ *Laurie L. Kirkland*
Laurie L. Kirkland, VSB No. 75320
lkirkland@bklawva.com
BLANKINGSHIP & KEITH, P. C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
(703) 691-1235 (telephone)

Bryan T. Kostura *pro hac vice*
Timothy J. Lowe *pro hac vice*
McDonald Hopkins LLC
600 Superior Avenue, East, Suite 2100
Cleveland, Ohio 44114
T: 216.348.5400
bkostura@mcdonaldhopkins.com
tlowe@mcdonaldhopkins.com
*Attorneys for Defendant Inova Health Care Services*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of July, 2024, the foregoing *Defendant's Motion to Dismiss* was filed electronically with the Clerk of Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Laurie L. Kirkland*
Laurie L. Kirkland, VSB No. 75320