# UNITED STATES DISTRICT COURT
# CIVIL MOTION HEARING MINUTES

Date: **10/03/2024**  Judge: **Patricia Tolliver Giles**
Time: 10:34 a.m. – 11:25 a.m.  Reporter: **S. Wallace**
(00:51)

Civil Action Number: **1:24-cv-00700-PTG-WEF**

**Pedro Lugo,**

**Plaintiff,**

**V.**

**INOVA Health Care Services,**

**Defendant.**

Appearances of Counsel for Plaintiff and Counsel for Defendant.

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Edward McNew** | **Laurie Kirkland** |
| **Jordan R. Frysinger (phv)** | **Bryan Kostura (phv)** |

MOTION TO/FOR:
[21] MOTION to Dismiss for Failure to State a Claim by INOVA Health Care Services.

**MATTER ARGUED AND TAKEN UNDER ADVISEMENT – OPINION/ORDER TO FOLLOW.**