UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PEDRO LUGO, individually and on behalf of all similarly situated individuals,<br><br>　　　　*Plaintiff*,<br><br>　　　　v.<br><br>INOVA HEALTH CARE SERVICES,<br><br>　　　　*Defendant*, | No. 1:24-cv-00700-PTG-WEF<br><br>Hon. Patricia T. Giles<br><br>**JOINT NOTICE OF SETTLEMENT** |

　　　　Plaintiff Pedro Lugo and Defendant Inova Health Care Services (collectively, the "Parties"), by and through their respective counsel, are pleased to notify the Court that they have agreed in principal to a class action settlement in the above-captioned matter. The Parties anticipate finalizing the settlement agreement and moving the Court for preliminary approval of the class action settlement within 45 days of this filing.

Date: July 28, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: /s/ *Kyle McNew*

　　　　　　　　　　　　　　　　　　Kyle McNew (Va. Bar # 73210)
　　　　　　　　　　　　　　　　　　MICHIE HAMLEET

310 4th St. NE
Charlottesville, VA 22902
T: (434) 951-7234
F: (434) 951-7254
kmcnew@michiehamlett.com

Eugene Y. Turin (*pro hac vice*)
Jordan R. Frysinger (*pro hac vice*)
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
Tel: (312) 893-7002
eturin@mcgpc.com
jfrysinger@mcgpc.com

*Attorneys for Plaintiff and the putative class*

By:  /s/ *Bryan T. Kostura*

McDonald Hopkins LLC
Bryan T. Kostura (*pro hoc vice*)
Timothy J. Lowe (*pro hoc vice*)
600 Superior Ave., East Suite 2100
Cleveland, Ohio 44114
Tel: (216) 348-5400
bkostura@mcdonaldhopkins.com
tlowe@mcdonaldhopkins.com

Laurie L. Kirkland, VSB No. 75320
lkirkland@bklawva.com
BLANKINGSHIP & KEITH, P.C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
Tel: (703) 691-1235

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2025 I electronically filed the foregoing *Joint Notice of Settlement* with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ *Kyle McNew*