UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| PEDRO LUGO, individually and on behalf of all similarly situated individuals, | ) ) ) ) | |
| *Plaintiff*, | ) ) | No. 1:24-cv-00700-PTG-WEF |
| v. | ) ) | Hon. Patricia T. Giles |
| INOVA HEALTH CARE SERVICES, | ) ) | |
| *Defendant*, | ) ) ) | |

**PLAINTIFF'S *UNOPPOSED* MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Pedro Lugo respectfully submits this motion for an order entering preliminary approval of a proposed class settlement, appointing Plaintiff as Class Representative, approving the proposed form and method of notice, appointing Proposed Class Counsel, and for scheduling a Final Approval Hearing. This motion is not opposed by Defendant nor its counsel.

In support of this motion, Plaintiff files herewith a memorandum of law and proposed order.

Dated: October 16, 2025                    Respectfully Submitted,

                                           PEDRO LUGO, individually and on behalf of a
                                           class of similarly situated individuals,

                                           By: /s/ *Kyle McNew*
                                                One of Plaintiff's Attorneys

                                           Kyle McNew (Va. Bar # 73210)
                                           MICHIE HAMLETT PLLC

310 4th St. NE
Charlottesville, VA 22902
T: (434) 951-7234
F: (434) 951-7254
kmcnew@michiehamlett.com

Eugene Y. Turin (*pro hac vice*)
Jordan R. Frysinger (*pro hac vice*)
William Kingston (*pro hac vice*)
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
Tel: (312) 893-7002
eturin@mcgpc.com
jfrysinger@mcgpc.com
wkingston@mcgpc.com

*Attorneys for Plaintiff and the putative class*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 16, 2025, I electronically filed the foregoing *Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement* with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

<u>/s/ Kyle McNew          </u>