UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| PEDRO LUGO, individually and on behalf of similarly situated individuals, *Plaintiff*, v. INOVA HEALTH CARE SERVICES, *Defendant.* | ) | No. 1:24-cv-00700-PTG-WEF<br>Hon. Patricia T. Giles |

**PLAINTIFF'S *UNOPPOSED* MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

In accordance with the Parties' Settlement Agreement and this Court's Order Granting Preliminary Approval, (Dkts. 55, 56) (the "Preliminary Approval Order"), Plaintiff Pedro Lugo ("Plaintiff"), by and through his undersigned counsel, hereby moves this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an order (i) finding that the Settlement is fair, reasonable, and adequate; (ii) granting final approval of the Settlement; and (iii) approving Plaintiff's requested attorneys' fees, reimbursement of litigation costs and expenses, and Service Award. In support thereof, Plaintiff contemporaneously files his Memorandum of Law in Support of Final Approval of Class Action Settlement, the Declaration of Cameron R. Azari of Epiq Class Action and Claims Solutions, Inc. in connection with Final Approval of Settlement, and the Declaration of Eugene Y. Turin.

Dated: April 6, 2026

Respectfully submitted,

PEDRO LUGO, individually and on behalf of similarly situated individuals

By: /s/ *Kyle McNew*
*One of Plaintiffs' Attorneys*

Eugene Y. Turin (*pro hac vice*)
Jordan R. Frysinger (*pro hac vice*)
William Kingston (*pro hac vice*)
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
Tel: (312) 893-7002
eturin@mcgpc.com
jfrysinger@mcgpc.com
wkingston@mcgpc.com

*Counsel for Plaintiff and Class Counsel*

Kyle McNew (Va. Bar # 73210)
MICHIE HAMLETT PLLC
310 4th St. NE
Charlottesville, VA 22902
T: (434) 951-7234
F: (434) 951-7254
kmcnew@michiehamlett.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on April 6, 2026, a copy of the foregoing *Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement* was filed electronically with the Clerk of Court, with a copy sent by electronic mail to all counsel of record.

/s/ *Kyle McNew*